September 22, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

**WILLIAM KARRINGTON, TRUSTEE, JANMARK VENTURES, DAVID JOACHIM, CLARK SIMMONS AND H.S. JOACHIM FAMILY LIMITED PARTNERSHIP, LTD, Appellants**

NO. 14-13-01144-CV                  V.

**KOBERNICK & KLEIN FAMILIES 2000 TRUST, Appellee**

_____

This cause, an appeal from the judgment in favor of appellee, Kobernick & Klein Families 2000 Trust, signed November 12, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, William Karrington, Trustee, Janmark Ventures, David Joachim, Clark Simmons and H.S. Joachim Family Limited Partnership, Ltd, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.